UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U2 HOME ENTERTAINMENT, INC., a California Corporation doing business as CENTURY HOME ENTERTAINMENT and TAI SENG VIDEO MARKETING,

    Plaintiff,

    v.

AVOPLEX CORP., a Hawaii Corporation doing business as HKFLIX.COM and ANISAKI.COM, et al.,

    Defendants.
_____/

No. C 03-0712 PJH

**ORDER TO SHOW CAUSE**

TO ALL PARTIES AND COUNSEL OF RECORD:

Defendants Avoplex Corporation ("Avoplex") and Jeffrey Stockton, individually and doing business as Avoplex, are hereby ordered to show cause why they should not be held in civil contempt for failure to comply with the Final Judgement, Consent Decree and Permanent Injunction and Order entered by the court on June 10, 2004.

You are hereby notified that the show cause hearing will be held on **May 31, 2006**, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Defendants are ORDERED to file and serve any opposition no later than May 10, 2006. Plaintiff shall file and serve any reply to defendants' opposition no later than May 17, 2006.

**IT IS SO ORDERED.**

Dated: April 25, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge