RICHARD J. IDELL, ESQ., #069033
PATRICIA DE FONTE, ESQ., #223923
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiff U2 HOME ENTERTAINMENT, INC.,
a California corporation doing business as CENTURY
HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT
(formerly TAI SENG VIDEO MARKETING)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC., a California Corporation doing business as CENTURY HOME ENTERTAINMENT and TAI SENG VIDEO MARKETING,<br><br>Plaintiff,<br>v.<br>AVOPLEX CORP., a Hawaii Corporation doing business as HKFLIX.COM and ANISAKI.COM; JEFFREY STOCKTON, individually; ALAN STOCKTON, individually; PARCITY VENTURES, a business entity, form unknown; and DOES 1 to 1000, inclusive,<br><br>Defendants. | Case No.: C03-00712 PJH<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF U2 HOME ENTERTAINMENT'S REQUEST FOR ATTORNEYS' FEES AND COSTS AGAINST DEFENDANTS AVOPLEX CORPORATION AND JEFFREY STOCKTON, INDIVIDUALLY AND DOING BUSINESS AS AVOPLEX CORPORATION. |

On June 6, 2006, this Court issued an order granting Plaintiff U2 Home Entertainment, Inc.'s *ex parte* application for civil contempt sanctions against Defendants Avoplex Corporation and Jeffrey Stockton, individually and doing business as Avoplex Corporation, and ordered Plaintiff to file a declaration setting forth the attorneys' fees incurred in bringing *ex parte* application by no later than June 7, 2006. Plaintiff has provided the requested declaration. As an additional sanction against Defendants Avoplex Corporation and Jeffrey Stockton, individually and doing business as Avoplex

Corporation, the Court HEREBY ORDERS that these defendants pay Plaintiff reasonable attorneys' fees in the amount of Three Thousand Eight Hundred and Eighty Five Dollars ($3885.00).

**IT IS SO ORDERED:**

Date: 6/16/06 _____

The H_____milton

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

**RESPECTFULLY SUBMITTED BY:**

IDELL & SEITEL LLP

Date: June 16, 2006         _____/s/_____
Richard J. Idell
Patricia De Fonte
Attorneys for Plaintiff U2 HOME ENTERTAINMENT, INC., a California corporation doing business as CENTURY HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT (formerly TAI SENG VIDEO MARKETING)